AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Juan Carlos Valdez Bernal

               V.                             **JUDGMENT IN A CIVIL CASE**

Michelle Chertoff

                                    CASE NUMBER:    06CV2184-JAH(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's Writ of Habeas Corpus is denied.

| August 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ J. Petersen
(By) Deputy Clerk

ENTERED ON August 22, 2007

06CV2184-JAH(POR)